

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-21-00509-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant

v.

**LUCIFER LIGHTING COMPANY**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-09696
Honorable Norma Gonzales, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER appellant Bexar Appraisal District to pay the costs of this appeal.

It is so **ORDERED** on January 25, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court